UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CINDY J. U'REN,<br><br>                Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. 3:13-cv-05585-RJB-KLS<br><br>ORDER REVERSING DEFENDANT'S DECISION TO DENY BENEFITS AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation (Dkt. 19);

(2) the ALJ erred in her decision as described in the Report and Recommendation; and

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

DATED this 4th day of August, 2014.

                                        ROBERT J. BRYAN
                                        United States District Judge

ORDER - 1